LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
ROBERT V. PRONGAY (#270796)
ELAINE CHANG (#293937)
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

***Attorneys for Plaintiff Safedin Beqaj***
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFEDIN BEQAJ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INFOBLOX INC., ROBERT D. THOMAS, and REMO E. CANESSA,<br><br>Defendants. | Case No.:<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Safedin Beqaj ("Plaintiff"), by and through his attorneys, alleges the following upon information and belief, except as to those allegations concerning Plaintiff, which are alleged upon personal knowledge. Plaintiff's information and belief is based upon, among other things, his counsel's investigation, which includes without limitation: (a) review and analysis of regulatory filings made by INFOBLOX INC. ("Infoblox" or the "Company"), with the United States Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and media reports issued by and disseminated by Infoblox; and (c) review of other publicly available information concerning Infoblox.

## NATURE OF THE ACTION AND OVERVIEW

1. This is a class action on behalf of purchasers of Infoblox securities between September 5, 2013 and May 29, 2014, inclusive (the "Class Period"), seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

2. Infoblox provides a broad family of enterprise and service provider-class solutions to automate management of the critical network infrastructure services needed for secure, scalable and fault-tolerant connections between applications, devices and users.

3. On February 10, 2014, after the market close, Infoblox provided preliminary results and revised guidance downward for the 2014 fiscal second quarter ("Q2'14") and the fiscal year ending July 31, 2014. The Company revealed that Q2'14 predicted revenues would be $60 million to $61 million, down from prior estimates of $65 million to $66 million. For its full year outlook, the Company revised net revenue expectations to be approximately $250 million to $254 million, down from prior expectations of $270 million to $276 million. The Company attributed the second quarter revenue shortfall to fewer than normal $1 million-plus transactions during the quarter and its Federal business coming in below expectations.

4. On this news, shares of Infoblox declined $15.95 per share, over 48%, to close on February 11, 2014, at $17.19 per share, on unusually heavy volume.

5. On February 27, 2014, after the market close, the Company held a conference call with investors and analysts. Defendant Robert D. Thomas ("Thomas"), the Chief Executive Officer ("CEO") admitted, contrary to statements from preceding quarterly conference calls, that the Company was "discounting enormously" to get deals.

6. On this news, shares of Infoblox declined $0.88 per share, nearly 4%, to close on February 28, 2014, at $23.08 per share, on unusually heavy volume.

7. On May 29, 2014, after the market close, Infoblox issued a press release announcing a net loss of $7.4 million, or $0.14 loss per fully diluted share, for the third quarter of fiscal 2014, compared with a net loss of $0.3 million, or $0.01 loss per fully diluted share, for the third quarter of fiscal 2013. The Company attributed lower revenues in the third quarter to the Company's challenges in closing seven-figure transactions.

8. On this news, shares of Infoblox declined $7.56 per share, nearly 37%, to close on May 30, 2014, at $12.96 per share, on unusually heavy volume.

9. Throughout the Class Period, Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose: (1) that the Company was discounting heavily to maintain market share; (2) that the Company's Federal business prospects were weak and would continue to be weak for the foreseeable future; (3) that the Company was having difficulty closing big-ticket deals that had previously driven revenue growth; and (4) that, as a result of the foregoing, Defendants'

positive statements about the Company's business, operations, and prospects were false and misleading and/or lacked a reasonable basis.

10. As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

11. The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

12. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1331 and Section 27 of the Exchange Act (15 U.S.C. §78aa).

13. Venue is proper in this Judicial District pursuant to 28 U.S.C. §1391(b) and Section 27 of the Exchange Act (15 U.S.C. §78aa(c)). Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District. Many of the acts charged herein, including the preparation and dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District. Additionally, Infoblox's principal executive offices are located within this Judicial District.

14. In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## PARTIES

15. Plaintiff Safedin Beqaj, as set forth in the accompanying certification, incorporated by reference herein, purchased Infoblox common stock during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

16. Defendant Infoblox is a Delaware corporation with its principal executive offices located at 3111 Coronado Drive, Santa Clara, California 95054.

17. Defendant Thomas was, at all relevant times, CEO and a director of Infoblox.

18. Defendant Remo E. Canessa ("Canessa") was, at all relevant times, Chief Financial Officer ("CFO") of Infoblox.

19. Defendants Thomas and Canessa are collectively referred to hereinafter as the "Individual Defendants." The Individual Defendants, because of their positions with the Company, possessed the power and authority to control the contents of Infoblox's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, *i.e.*, the market. Each defendant was provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, each of these defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading. The Individual Defendants are liable for the false statements pleaded herein, as those statements were each "group-published" information, the result of the collective actions of the Individual Defendants.

## SUBSTANTIVE ALLEGATIONS

### Background

20. Infoblox provides a broad family of enterprise and service provider-class solutions to automate management of the critical network infrastructure services needed for secure, scalable and fault-tolerant connections between applications, devices and users.

### Materially False and Misleading Statements Issued During the Class Period

21. The Class Period begins on September 5, 2013. On this day, Infoblox issued a press release entitled, "Infoblox Reports Fourth Quarter of Fiscal 2013 Results." Therein, the Company, in relevant part, stated:

***Company Achieves 40% Year-over-Year Revenue Growth***

> Infoblox (NYSE:BLOX), the automated network control company, today reported its financial results for its fourth fiscal quarter and fiscal year ended July 31, 2013. Total net revenue for the fourth quarter of fiscal 2013 was a record $63.1 million, an increase of 40% on a year-over-year basis. Total net revenue for fiscal 2013 was a record $225.0 million, an increase of 33% compared with the total net revenue of $169.2 million in fiscal 2012.
>
> On a GAAP basis, the Company reported a net income of $1.5 million, or $0.03 diluted earnings per share, for the fourth quarter of fiscal 2013, compared with a net loss of $4.3 million, or $0.10 loss per fully diluted share, for the fourth quarter of fiscal 2012. For fiscal 2013, the Company reported a GAAP basis net loss of $4.4 million, or $0.09 loss per fully diluted share, compared with a net loss of $8.2 million, or $0.40 loss per fully diluted share, in fiscal 2012.
>
> The Company reported non-GAAP net income of $7.9 million, or $0.14 diluted earnings per share on a non-GAAP weighted-average share basis, for the fourth quarter of fiscal 2013, compared with non-GAAP net income of $0.7 million, or $0.01 diluted earnings per share on a non-GAAP weighted-average share basis, for the fourth quarter of fiscal 2012.
>
> For fiscal 2013, the Company reported non-GAAP net income of $20.0 million, or $0.37 diluted earnings per share on a non-GAAP diluted weighted-average share basis, compared with non-GAAP net income of $5.3 million, or $0.12 diluted earnings per share on a non-GAAP diluted weighted-average share basis, in fiscal 2012. The GAAP to non-GAAP reconciling items for the fourth quarters

and fiscal years 2013 and 2012 can be found in the "Reconciliation of GAAP to Non-GAAP Financial Measures" attached to this press release.

"By all measures, Infoblox had another outstanding quarter and another very strong fiscal year," said Robert Thomas, president and chief executive officer. "Revenue in the fourth quarter increased 40% year-over-year and was driven by strong product sales, which were up 52% year-over-year. From a bottom-line perspective, we reported solid non-GAAP operating profitability while still investing significantly in our business. Going forward, we enter fiscal 2014 with significant momentum and expect it to be another year of strong execution."

"In the quarter, we saw solid growth across all three geographies," said Remo Canessa, chief financial officer. "Our investments in sales and marketing have expanded our geographic reach and opportunities in the market, and we are pleased with the return on these investments."

**Financial Outlook**

Infoblox is providing an outlook of anticipated results for the first quarter ending October 31, 2013 and for the year ending July 31, 2014. This outlook is based on a number of assumptions that it believes are reasonable at the time of this earnings release. Information regarding potential risks that could cause the actual results to differ from these forward-looking statements is set forth below and in Infoblox's filings with the Securities and Exchange Commission.

For the first fiscal quarter ending October 31, 2013, the Company currently expects:

- Total net revenue in the range of $62.5 million to $63.5 million;
- Non-GAAP gross margin to be approximately 78%;
- Non-GAAP operating margin in the range of 8% to 9%; and
- Non-GAAP diluted net income per share ("non-GAAP EPS") to be in the range of $0.08 to $0.09, assuming approximately 56.8 million shares on a non-GAAP diluted weighted-average share basis.

For the fiscal year ending July 31, 2014, the Company currently expects:

- Total net revenue in the range of $270 million to $276 million;
- Non-GAAP gross margin to be approximately 78%;
- Non-GAAP operating margin in the range of 10% to 12%; and
- Non-GAAP EPS to be in the range of $0.44 to $0.55, assuming approximately 57.3 million shares on a non-GAAP diluted weighted-average share basis.

22. On September 5, 2013, the Company held a conference call with investors and analysts. Therein, Defendant Thomas, in relevant part, stated:

> Fiscal 2013 was a year of tremendous achievement. Annual revenue grew 33% to $225 million and product revenue increased 35% to $128.2 million. Over the past 12 months, Infoblox's revenue performance was unmatched by almost all of our networking peers. In fiscal 2013, we saw a rapid customer adoption of our Automated Network Control solutions, because requirements for network reliability, security and manageability have increased.
>
> We also expanded our total addressable market by introducing new security solutions and the Trinzic 100 Network Edge Appliance. From a bottom line standpoint, we improved operating profitability while still investing significantly in our business. Our results demonstrate that our vision and strategy are on target and we have the right products to help our customers gain control in today's highly dynamic network environments.
>
> And now turning to the fourth quarter. We are very pleased with the results that we have reported. Fourth quarter revenue increased 40% year-over-year and 9% sequentially to a record $63.1 million. Revenue growth in the quarter was driven by strong product sales, which were up 52% year-over-year and 9% sequentially. We also reported solid profitability in the quarter, with total gross margin at 79%, operating margin at 12.3% and EPS of $0.14 a share.
>
> In the fourth quarter, we saw a number of great trends. From a geographic perspective, all 3 regions had an outstanding quarter. Complementing the strong demand from our existing customer base, we added approximately 200 new customers in the quarter, bringing our cumulative count to over 6,700.

23. With respect to 2014 guidance, Defendant Canessa, in relevant part, stated during the conference call:

> For the October quarter, we expect revenue to be in the range of $62.5 million to $63.5 million or a year-over-year growth of 26% to 28%. We are targeting gross margin to be approximately 78%. We anticipate operating margin to be between 8% and 9% and we expect EPS to be between $0.08 to $0.09, using 56.8 million shares.
>
> For our fiscal year 2014, we expect revenue to be in the range of $270 million to $276 million or a year-over-year growth of 20% to 23%. We anticipate operating margin to be between 10% to 12%. We expect EPS to be in the range of $0.44 to $0.55, using 57.3 million shares.

24. With respect to discounting, the following exchange occurred between Defendant Canessa and analyst Erik Suppiger from JMP Securities LLC during the conference call:

> *Suppiger*: Okay. In terms of the gross margin, did you see any change in terms of market dynamics around pricing? Was that part of the gross margin upside or was it all mix shift?
>
> *Defendant Canessa*: It was all mix. We take a look at discounting on a quarter-to-quarter basis, Q3, Q4, there's really no change.

25. In addition, the following exchange regarding discounting occurred between Defendant Thomas and analyst Alexander B. Henderson from Needham & Company, LLC during the conference call:

> *Henderson*: Just one last question for me. Your pricing environment is still fairly mundane. It sounds like you're still not seeing a lot of pressure for discounts and the like, even in volume environments, is that accurate?
>
> *Defendant Thomas*: Yes, that is accurate. I think our average discount in Q4 was maybe a tiny bit down over Q3, but not enough to say there was any change one way or the other.

26. On September 20, 2013, Infoblox filed its Annual Report with the SEC on Form 10-K for the 2013 fiscal year. The Company's Form 10-K was signed by Defendants Thomas and Canessa, and reaffirmed the Company's financial results previously announced on September 5, 2013.

27. On November 26, 2013, Infoblox issued a press release entitled, "Infoblox Reports First Quarter of Fiscal 2014 Results." Therein, the Company, in relevant part, stated:

> ***Company Achieves 28% Year-over-Year Revenue Growth***
>
> Infoblox (NYSE:BLOX), the automated network control company, today reported its financial results for its first fiscal quarter ended October 31, 2013. Total net revenue for the first quarter of fiscal 2014 was a record $63.5 million, an increase of 28% on a year-over-year basis.
>
> On a GAAP basis, the Company reported a net loss of $2.5 million, or $0.05 loss per diluted share, for the first quarter of fiscal 2014, compared with a net loss of $2.4 million, or $0.05 loss per fully diluted share, for the first quarter of fiscal 2013.

The Company reported non-GAAP net income of $7.1 million, or $0.12 diluted earnings per share on a non-GAAP weighted-average share basis, for the first quarter of fiscal 2014, compared with non-GAAP net income of $3.1 million, or $0.06 diluted earnings per share on a non-GAAP weighted-average share basis, for the first quarter of fiscal 2013. The GAAP to non-GAAP reconciling items for the first quarters of fiscal years 2014 and 2013 can be found in the "Reconciliation of GAAP to Non-GAAP Financial Measures" attached to this press release.

"I am pleased with our results and the strong start to fiscal 2014," said Robert Thomas, president and chief executive officer. "In the first quarter, revenue increased 28% year-over-year to a record $63.5 million, and product revenue grew 33% year-over-year to $36.0 million. Complementing the strong demand from our existing customers, our cumulative customer count reached approximately 6,900 customers in the first quarter. As we look forward, we believe that Infoblox is well positioned to leverage its technology leadership by expanding our solutions in the areas where CIOs are investing today, while accelerating the market's awareness and adoption of our automated network control solutions."

"We executed well in the first quarter and saw solid year-over-year revenue growth in all three geographies," said Remo Canessa, chief financial officer. "From a bottom line perspective, we achieved 12.1% non-GAAP operating margin and non-GAAP earnings per share of $0.12, which were better than we previously expected."

**Financial Outlook**

Infoblox is providing an outlook of anticipated results for the second quarter ending January 31, 2014 and updating its outlook for the year ending July 31, 2014. This outlook is based on a number of assumptions that it believes are reasonable at the time of this earnings release. Information regarding potential risks that could cause the actual results to differ from these forward-looking statements is set forth below and in Infoblox's filings with the Securities and Exchange Commission.

For the second fiscal quarter ending January 31, 2014, the Company currently expects:

- Total net revenue in the range of $65 million to $66 million;
- Non-GAAP gross margin to be between 78% to 79%;
- Non-GAAP operating margin in the range of 9% to 11%; and
- Non-GAAP diluted net income per share ("non-GAAP EPS") to be in the range of $0.09 to $0.11, assuming approximately 58.5 million shares on a non-GAAP diluted weighted-average share basis.

For the fiscal year ending July 31, 2014, the Company currently expects:

- Total net revenue in the range of $270 million to $276 million;
- Non-GAAP operating margin in the range of 10.5% to 12.5%; and
- Non-GAAP EPS to be in the range of $0.44 to $0.54, assuming approximately 58.5 million shares on a non-GAAP diluted weighted-average share basis.

28. On November 26, 2013, the Company held a conference call with investors and analysts. With respect to discounting, the following exchange occurred between Defendant Thomas and analyst Sanjit Singh from Wedbush Securities Inc. during the call:

> *Singh*: Can I get an update on the competitive environment? Did you walk away from any deals, from any more price aggressive competitors or anything in the competitive front that may have changed versus last quarter?
>
> *Defendant Thomas*: Sanjit, no, I don't think so. We've had a very consistent win rate in the competitive world of pretty much 8 to 9 times out of 10. So it didn't change for us. I think, as I said earlier, we had about the same number of deals in the greater-than-$1 million category. They all weren't quite as large as other deals we've seen sometimes in the greater-than-$1 million category. But in a competitive environment, we have basically -- we face BlueCat. We have the same win rate. Haven't seen it go down, and probably you can tell that from our increased gross margin. I mean, we haven't had to discount anymore than we have in the past to win deals and it's stuck at about the same level.

29. On December 6, 2013, Infoblox filed its Quarterly Report with the SEC on Form 10-Q for the 2014 fiscal first quarter. The Company's Form 10-Q was signed by Defendant Canessa, and reaffirmed the Company's financial results previously announced on November 26, 2013.

30. The statements contained in ¶¶21-29 were materially false and/or misleading when made because defendants failed to disclose or indicate the following: (1) that the Company was discounting heavily to maintain market share; (2) that the Company's Federal business prospects were weak and would continue to be weak for the foreseeable future; (3) that the Company was having difficulty closing big-ticket deals that had previously driven revenue growth; and (4) that, as a result of the foregoing, Defendants' positive statements about the

Company's business, operations, and prospects were false and misleading and/or lacked a reasonable basis.

31. On February 10, 2014, after the market close, Infoblox issued a press release entitled, "Infoblox Announces Preliminary Fiscal Second Quarter 2014 Results." Therein, the Company, in relevant part, stated:

> **Updates Outlook for Fiscal Year 2014**
>
> Infoblox (NYSE:BLOX), the automated network control company, today announced preliminary results for the second quarter of fiscal year 2014 ended January 31, 2014.
>
> Infoblox expects net revenue for the second quarter to be approximately $60 million to $61 million, below the company's prior expectations of $65 million to $66 million. On a GAAP basis, the company expects net loss per diluted share for the second quarter to be in the range of $0.08 to $0.10. Non-GAAP net income per diluted share for the second quarter is expected to be in the range of $0.10 to $0.12, compared with the company's prior expectations of $0.09 to $0.11 per diluted share. All non-GAAP measures exclude estimates for stock-based compensation expenses, amortization of intangible assets and acquisition related expenses. For the second quarter, non-GAAP net income per diluted share differs from GAAP net loss per diluted share because it excludes stock-based compensation expense of approximately $11 million and intangible asset amortization expense of approximately $1 million.
>
> These preliminary net revenue and earnings (loss) per share estimates are based on management's initial review of operations for the quarter ended January 31, 2014 and are subject to the completion of the company's customary quarterly closing and review procedures.
>
> "The revenue shortfall in the second quarter was primarily attributable to three factors," said Robert Thomas, president and chief executive officer. "First, while sales through the first two months of the quarter met our internal expectations, we experienced a much weaker January than expected. Second, we had fewer $1 million-plus transactions in the quarter than we typically do. Finally, our Federal business came in below our expectations. While we are disappointed that we fell short of our financial expectations for the quarter, we remain confident in our strategy, the large market opportunity, our competitive differentiation and the compelling value proposition our products deliver to customers."

> **Updated Outlook**
>
> Infoblox is also updating its outlook for the fiscal year ending July 31, 2014. The company now expects net revenue for the year to be approximately $250 million to $254 million, versus the company's prior expectations of $270 million to $276 million. The company expects non-GAAP net income to be in the range of $0.30 to $0.34 diluted earnings per share, compared with the company's prior expectations of $0.44 to $0.54 diluted earnings per share. This outlook is based on a number of assumptions that the company believes are reasonable at the time of this press release. Information regarding potential risks that could cause the actual results to differ from these forward-looking statements is set forth below and in Infoblox's filings with the Securities and Exchange Commission.

32. On this news, shares of Infoblox declined $15.95 per share, over 48%, to close on February 11, 2014, at $17.19 per share, on unusually heavy volume.

33. On February 26, 2014, Infoblox issued a press release entitled, "Infoblox Reports Second Quarter of Fiscal 2014 Results." Therein, the Company, in relevant part, stated:

> Infoblox (NYSE:BLOX), the automated network control company, today reported its financial results for its second fiscal quarter ended January 31, 2014. Total net revenue for the second quarter of fiscal 2014 was $60.9 million, an increase of 12% on a year-over-year basis.
>
> On a GAAP basis, the Company reported a net loss of $4.4 million, or $0.08 loss per fully diluted share, for the second quarter of fiscal 2014, compared with a net loss of $3.2 million, or $0.07 loss per fully diluted share, for the second quarter of fiscal 2013.
>
> The Company reported non-GAAP net income of $6.6 million, or $0.11 diluted earnings per share on a non-GAAP weighted-average share basis, for the second quarter of fiscal 2014, compared with non-GAAP net income of $3.0 million, or $0.06 diluted earnings per share on a non-GAAP weighted-average share basis, for the second quarter of fiscal 2013. The GAAP to non-GAAP reconciling items for the second quarters of fiscal years 2014 and 2013 can be found in the "Reconciliation of GAAP to Non-GAAP Financial Measures" attached to this press release.
>
> The second quarter fiscal 2014 financial results reported today by the Company, both on a GAAP and non-GAAP basis, are in line with the preliminary second quarter financial results provided in the Company's press release on February 10, 2014.

> "While we are disappointed in our second quarter financial results, we believe there are several strong secular trends from which we are continuing to benefit," said Robert Thomas, president and chief executive officer. "The trends toward mobile devices, cloud computing, virtualization and next-generation data centers are placing incredible demands on networks worldwide. And with the sharp increase in DNS-based attacks, we see a great opportunity in the security market. We remain confident in our long-term strategy and are taking actions to improve our current growth trajectory."
>
> **Financial Outlook**
>
> Infoblox announced its outlook of anticipated results for the third quarter ending April 30, 2014 and affirmed its revenue and non-GAAP EPS outlook for the year ending July 31, 2014 given in the Company's press release on February 10, 2014. This outlook is based on a number of assumptions that it believes are reasonable at the time of this earnings release. Information regarding potential risks that could cause the actual results to differ from these forward-looking statements is set forth below and in Infoblox's filings with the Securities and Exchange Commission.
>
> For the third fiscal quarter ending April 30, 2014, the Company currently expects:
>
> - Total net revenue in the range of $61 million to $62 million;
> - Non-GAAP gross margin to be between 78% to 79%;
> - Non-GAAP operating margin in the range of 2.5% to 3.5%; and
> - Non-GAAP diluted net income per share ("non-GAAP EPS") to be in the range of $0.02 to $0.03, assuming approximately 57.7 million shares on a non-GAAP diluted weighted-average share basis.
>
> For the fiscal year ending July 31, 2014, the Company currently expects:
>
> - Total net revenue in the range of $250 million to $254 million;
> - Non-GAAP operating margin in the range of 7.5% to 8.5%; and
> - Non-GAAP EPS to be in the range of $0.30 to $0.34, assuming approximately 57.5 million shares on a non-GAAP diluted weighted-average share basis.

34. On February 27, 2014, after the market close, the Company held a conference call with investors and analysts. With respect to discounting, Defendant Thomas, in relevant part, stated:

> We were discounting enormously to get deals that was just standard business practices, so we didn't leave any more to competition than we thought and it was just a number of things in Q2 that happen to come together. Perhaps this elongated sales cycles which caused less million dollar plus deals, federal disappointing beyond what we would definitely expect and then the north east as

> we said, which was somewhat affected by the larger deals to not getting to where we wanted them to be.

35. On this news, shares of Infoblox declined $0.88 per share, nearly 4%, to close on February 28, 2014, at $23.08 per share, on unusually heavy volume.

36. On March 7, 2014, Infoblox filed its Quarterly Report with the SEC on Form 10-Q for the 2014 fiscal second quarter. The Company's Form 10-Q was signed by Defendant Canessa, and reaffirmed the Company's financial results previously announced on February 26, 2014.

37. The statements contained in ¶¶31, 33-34, 36 were materially false and/or misleading when made because defendants failed to disclose or indicate the following: (1) that the Company was discounting heavily to maintain market share; (2) that the Company's Federal business prospects were weak and would continue to be weak for the foreseeable future; (3) that the Company was having difficulty closing big-ticket deals that had previously driven revenue growth; and (4) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were false and misleading and/or lacked a reasonable basis.

**<u>Disclosures at the End of the Class Period</u>**

38. On May 29, 2014, after the market close, Infoblox issued a press release entitled, "Infoblox Reports Third Quarter of Fiscal 2014 Results." Therein, the Company, in relevant part, stated:

> Infoblox (NYSE:BLOX), the automated network control company, today reported its financial results for its third fiscal quarter ended April 30, 2014. Total net revenue for the third quarter of fiscal 2014 was $61.0 million, an increase of 5% on a year-over-year basis.
>
> On a GAAP basis, the Company reported a net loss of $7.4 million, or $0.14 loss per fully diluted share, for the third quarter of fiscal 2014, compared with a net

loss of $0.3 million, or $0.01 loss per fully diluted share, for the third quarter of fiscal 2013.
The Company reported non-GAAP net income of $3.8 million, or $0.07 diluted net income per share on a non-GAAP weighted-average share basis, for the third quarter of fiscal 2014, compared with non-GAAP net income of $6.0 million, or $0.11 diluted net income per share on a non-GAAP weighted-average share basis, for the third quarter of fiscal 2013. The GAAP to non-GAAP reconciling items for the third quarters of fiscal years 2014 and 2013 can be found in the "Reconciliation of GAAP to Non-GAAP Financial Measures" attached to this press release.

"Revenue for the third quarter was $61 million, which was at the low-end of our guidance range of $61 million to $62 million," said Robert Thomas, president and chief executive officer. "While we made progress in a few areas of the company, we again experienced challenges in closing seven-figure transactions. Clearly, our top priority is to reaccelerate top-line growth and we are taking actions to improve sales execution. Importantly, we believe our competitive position continues to be strong and our addressable market is growing, and we are optimistic about the opportunities before us."

**Financial Outlook**

Infoblox announced its outlook of anticipated results for the fourth quarter ending July 31, 2014, and updating its outlook for the year ending July 31, 2014. This outlook is based on a number of assumptions that it believes are reasonable at the time of this earnings release. Information regarding potential risks that could cause the actual results to differ from these forward-looking statements is set forth below and in Infoblox's filings with the Securities and Exchange Commission.

For the fourth fiscal quarter ending July 31, 2014, the Company currently expects:

- Total net revenue in the range of $60 million to $61 million;
- Non-GAAP gross margin to be between 78% to 79%;
- Non-GAAP operating margin in the range of 0.0% to 2.0%; and
- Non-GAAP diluted net income per share ("non-GAAP EPS") to be in the range of $0.00 to $0.02, assuming approximately 56.9 million shares on a non-GAAP diluted weighted-average share basis.

For the fiscal year ending July 31, 2014, the Company currently expects:

- Total net revenue in the range of $245 million to $246 million;
- Non-GAAP operating margin in the range of 7.5% to 8%; and
- Non-GAAP EPS to be in the range of $0.30 to $0.32, assuming approximately 57.1 million shares on a non-GAAP diluted weighted-average share basis.

39. On this news, shares of Infoblox declined $7.56 per share, nearly 37%, to close on May 30, 2014, at $12.96 per share, on unusually heavy volume.

**CLASS ACTION ALLEGATIONS**

40. Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all those who purchased Infoblox's securities between September 5, 2013 and May 29, 2014, inclusive (the "Class Period") and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

41. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Infoblox's securities were actively traded on the New York Stock Exchange (the "NYSE"). While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class. Millions of Infoblox shares were traded publicly during the Class Period on the NYSE. As of February 28, 2014, Infoblox had 53,872,968 shares of common stock outstanding. Record owners and other members of the Class may be identified from records maintained by Infoblox or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

42. Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

43. Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

44. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

(a) whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b) whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of Infoblox; and

(c) to what extent the members of the Class have sustained damages and the proper measure of damages.

45. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## UNDISCLOSED ADVERSE FACTS

46. The market for Infoblox's securities was open, well-developed and efficient at all relevant times. As a result of these materially false and/or misleading statements, and/or failures to disclose, Infoblox's securities traded at artificially inflated prices during the Class Period. Plaintiff and other members of the Class purchased or otherwise acquired Infoblox's securities

relying upon the integrity of the market price of the Company's securities and market information relating to Infoblox, and have been damaged thereby.

47. During the Class Period, Defendants materially misled the investing public, thereby inflating the price of Infoblox's securities, by publicly issuing false and/or misleading statements and/or omitting to disclose material facts necessary to make Defendants' statements, as set forth herein, not false and/or misleading. Said statements and omissions were materially false and/or misleading in that they failed to disclose material adverse information and/or misrepresented the truth about Infoblox's business, operations, and prospects as alleged herein.

48. At all relevant times, the material misrepresentations and omissions particularized in this Complaint directly or proximately caused or were a substantial contributing cause of the damages sustained by Plaintiff and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Infoblox's financial well-being and prospects. These material misstatements and/or omissions had the cause and effect of creating in the market an unrealistically positive assessment of the Company and its financial well-being and prospects, thus causing the Company's securities to be overvalued and artificially inflated at all relevant times. Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at artificially inflated prices, thus causing the damages complained of herein.

## **LOSS CAUSATION**

49. Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiff and the Class.

50. During the Class Period, Plaintiff and the Class purchased Infoblox's securities at artificially inflated prices and were damaged thereby. The price of the Company's securities significantly declined when the misrepresentations made to the market, and/or the information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed, causing investors' losses.

## **SCIENTER ALLEGATIONS**

51. As alleged herein, Defendants acted with scienter in that Defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and/or misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws. As set forth elsewhere herein in detail, Defendants, by virtue of their receipt of information reflecting the true facts regarding Infoblox, his/her control over, and/or receipt and/or modification of Infoblox's allegedly materially misleading misstatements and/or their associations with the Company which made them privy to confidential proprietary information concerning Infoblox, participated in the fraudulent scheme alleged herein.

## **APPLICABILITY OF PRESUMPTION OF RELIANCE (FRAUD-ON-THE-MARKET DOCTRINE)**

52. The market for Infoblox's securities was open, well-developed and efficient at all relevant times. As a result of the materially false and/or misleading statements and/or failures to disclose, Infoblox's securities traded at artificially inflated prices during the Class Period. On October 22, 2013, the Company's stock closed at a Class Period high of $48.07 per share. Plaintiff and other members of the Class purchased or otherwise acquired the Company's

securities relying upon the integrity of the market price of Infoblox's securities and market information relating to Infoblox, and have been damaged thereby.

53. During the Class Period, the artificial inflation of Infoblox's stock was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiff and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Infoblox's business, prospects, and operations. These material misstatements and/or omissions created an unrealistically positive assessment of Infoblox and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company stock. Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

54. At all relevant times, the market for Infoblox's securities was an efficient market for the following reasons, among others:

(a) Infoblox stock met the requirements for listing, and was listed and actively traded on the NYSE, a highly efficient and automated market;

(b) as a regulated issuer, Infoblox filed periodic public reports with the SEC and/or the NYSE;

(c) Infoblox regularly communicated with public investors *via* established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public

disclosures, such as communications with the financial press and other similar reporting services; and/or

(d) Infoblox was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage firms. Each of these reports was publicly available and entered the public marketplace.

55. As a result of the foregoing, the market for Infoblox's securities promptly digested current information regarding Infoblox from all publicly available sources and reflected such information in Infoblox's stock price. Under these circumstances, all purchasers of Infoblox's securities during the Class Period suffered similar injury through their purchase of Infoblox's securities at artificially inflated prices and a presumption of reliance applies.

## NO SAFE HARBOR

56. The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or

misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Infoblox who knew that the statement was false when made.

**<u>FIRST CLAIM</u>**
**Violation of Section 10(b) of**
**The Exchange Act and Rule 10b-5**
**<u>Promulgated Thereunder Against All Defendants</u>**

57. Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

58. During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and other members of the Class to purchase Infoblox's securities at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, defendants, and each of them, took the actions set forth herein.

59. Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Infoblox's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

60. Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about Infoblox's financial well-being and prospects, as specified herein.

61. These defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Infoblox's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about Infoblox and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

62. Each of the Individual Defendants' primary liability, and controlling person liability, arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

63. The defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing Infoblox's financial well-being and prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

64. As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of Infoblox's securities was artificially inflated during the Class Period. In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class acquired Infoblox's securities during the Class Period at artificially high prices and were damaged thereby.

65. At the time of said misrepresentations and/or omissions, Plaintiff and other members of the Class were ignorant of their falsity, and believed them to be true. Had Plaintiff

and the other members of the Class and the marketplace known the truth regarding the problems that Infoblox was experiencing, which were not disclosed by Defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their Infoblox securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

66. By virtue of the foregoing, Defendants have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

67. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

**SECOND CLAIM**
**Violation of Section 20(a) of**
**The Exchange Act Against the Individual Defendants**

68. Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

69. The Individual Defendants acted as controlling persons of Infoblox within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions, and their ownership and contractual rights, participation in and/or awareness of the Company's operations and/or intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, the Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading. The Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings and other statements alleged by Plaintiff to be misleading prior to and/or shortly after

these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

70. In particular, each of these Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, is presumed to have had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

71. As set forth above, Infoblox and the Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and/or omissions as alleged in this Complaint. By virtue of their positions as controlling persons, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

(a) determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b) awarding compensatory damages in favor of Plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c) awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d) such other and further relief as the Court may deem just and proper.

**JURY TRIAL DEMANDED**

Plaintiff hereby demands a trial by jury.

Dated: June 4, 2014

GLANCY BINKOW & GOLDBERG LLP

By: *s/ Lionel Z. Glancy*
Lionel Z. Glancy
Michael Goldberg
Robert V. Prongay
Elaine Chang
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

LAW OFFICES OF HOWARD G. SMITH
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Attorneys for Plaintiff Safedin Beqaj*

**SWORN CERTIFICATION OF PLAINTIFF**

Infoblox, Inc., **SECURITIES LITIGATION**

I, Safedin Sajo Beqaj, certify that:

1. I have reviewed the complaint and authorized its filing.

2. I did not purchase Infoblox, Inc., the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions Infoblox, Inc., during the class period set forth in the Complaint are as follows:

   See Attached Transactions

5. I have not served as a representative party on behalf of a class under this title during the last three years except as stated:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

   ___ Check here if you are a current employee or former employee of the defendant Company.

   I declare under penalty of perjury that the foregoing are true and correct statements.

Dated: 5/30/14 ______________________________

(Please Sign Your Name Above)

**Safedin Beqaj's Transactions in Infoblox, Inc.**

| Date | Transaction Type | Ticker | Company | Shares | Price | Amount |
|---|---|---|---|---|---|---|
| 5/15/2014 | Purchase | BLOX | Infoblox Inc | 6,000 | 18.2472 | $ 109,483.20 |
| 5/19/2014 | Purchase | BLOX | Infoblox Inc | 970 | 19.1264 | $ 18,552.61 |
| 5/27/2014 | Purchase | BLOX | Infoblox Inc | 500 | 20.2362 | $ 10,118.10 |
| | | | | | | |
| 5/29/2014 | Sale | BLOX | Infoblox Inc | 2,440 | 14.3500 | $ 35,014.00 |
| 5/29/2014 | Sale | BLOX | Infoblox Inc | 250 | 14.3750 | $ 3,593.75 |
| 5/29/2014 | Sale | BLOX | Infoblox Inc | 1,810 | 14.3100 | $ 25,901.10 |
| 5/30/2014 | Sale | BLOX | Infoblox Inc | 600 | 12.7550 | $ 7,653.00 |
| 5/30/2014 | Sale | BLOX | Infoblox Inc | 86 | 12.7500 | $ 1,096.50 |
| 5/30/2014 | Sale | BLOX | Infoblox Inc | 2,284 | 13.0500 | $ 29,806.20 |